1460

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2006–0787.   State ex rel. Spears v. Indus. Comm.**
Franklin App. No. 05AP–96, 2006-Ohio-1654.